UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 1 6 2006 ★

BROOKLYN OFFICE

------------------------------------X

MIGUEL BATISTA,

           Plaintiff,

-against-

METROPOLITAN DETENTION CENTER;
FEDERAL BUREAU OF PRISONS,

           Defendants.

------------------------------------X

MEMORANDUM
AND ORDER
06-CV-02476 (ARR) (LB)

**Bloom, United States Magistrate Judge:**

    By Order dated June 26, 2006, the Honorable Alllyne R. Ross directed plaintiff to submit an amended complaint within thirty days. On August 2, 2006, the Order, sent to MDC-Brooklyn was returned to the Court marked "Undeliverable" with the postal notation "No longer in this institution. Return to Sender. Refused. Unable to Forward."

    Plaintiff has been released from MDC-Brooklyn where he was incarcerated when he filed the instant complaint on March 31, 2006. It is plaintiff's obligation to keep the Court informed of his current address in a timely fashion. Plaintiff is not relieved of this duty. However, it appears from the Bureau of Prisons website, that plaintiff is currently incarcerated at FCI Allenwood, P.O. Box 1000, White Deer, PA 17887.

    Accordingly, the Court directs the Clerk of Court to send this Order and Judge Ross's Order of June 26, 2006 to plaintiff at FCI Allenwood, P.O. Box 1000, White Deer, PA 17887. Plaintiff shall have until September 22, 2006 to file an amended complaint that complies with the June 26, 2006 Order. If plaintiff fails to comply within the time allowed or show good cause why he cannot comply, the complaint shall be dismissed. Plaintiff shall also fulfill his obligation to keep the Court informed of his current address by submitting it in writing.

SO ORDERED.

                                      LOIS BLOOM
                                    United States Magistrate Judge

Brooklyn, New York
Dated: August 17, 2006

Copies to:

Honorable Allyne R. Ross. U.S.D.J.,

Miguel Batista
#55977-054
FCI Allenwood
P.O. Box 1000
White Deer, PA 17887